IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:19-CR-292-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **ORDER** |
| DARRELL LATEEF WATSON, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to DARRELL LEE WATSON be changed to correctly reflect the proper identification of the defendant as DARRELL LATEEF WATSON.

This the 19 day of October, 2020.

_____
James C. Dever III
United States District Judge