IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-00292-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DARRELL LATEEF WATSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on motion of the United States to seal Exhibit One, redacted medical records. For good cause shown, the Court GRANTS the United States' Motion to Seal. The Court hereby orders Exhibit One sealed until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and Defendant.

SO ORDERED this 24 day of August 2021.

JAMES C. DEVER III
United States District Judge